

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the May 7, 2005
Castillo/Corrales Program,

                        Plaintiff,                    NOT FOR PUBLICATION

        -against-                           **ORDER**

AURELIAS A. LIRIANO, Individually and
d/b/a EL NUEVO PUERTO PLATA #2 REST.    06-CV-2940 (CBA)
a/k/a EL NUEVO PUERTO PLATA,
                  Defendants.
-----------------------------------------------------------x
AMON, United States District Judge:

       The Court has received the Report and Recommendation (R&R) of the Honorable Ramon Reyes, United States Magistrate Judge, recommending that plaintiff's motion for summary judgment be granted. Because no party objected to the R&R, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

       SO ORDERED.

Dated: Brooklyn, New York
       March _5_, 2007

                                                             Carol Bagley Amon
                                                             United States District Judge