UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the May 7, 2005
Castillo/Corrales Program,

                        Plaintiff,                  NOT FOR PUBLICATION

            -against-                  **ORDER**

ARELIS A. LIRIANO, Individually and
d/b/a EL NUEVO PUERTO PLATA #2 REST.      06-CV-2940 (CBA)
a/k/a EL NUEVO PUERTO PLATA,
                    Defendants.
------------------------------------------------------------x
AMON, United States District Judge:

       The Court has received the Report and Recommendation (R&R) of the Honorable Ramon Reyes, United States Magistrate Judge, recommending that judgment be entered in the amount of $3,350 jointly and severally against defendants Arelis A. Liriano and El Nuevo Puerto Plata #2 Restaurant, representing $3,000 in statutory damages and $350 in costs. Because no party objected to the R&R, the Court hereby adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

       SO ORDERED.

Dated:  Brooklyn, New York
         July 18, 2007

                                                          Carol Bagley Amon
                                                          United States District Judge